IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KLEVINA K. DAJTI, | : | CIVIL ACTION |
| on behalf of herself and all others similarly situated | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| PENN COMMUNITY BANK | : | NO. 20-1483 |

## ORDER

**AND NOW**, this 31st day of March, 2021, upon consideration of Defendant Penn Community Bank's ("PCB") Motion to Dismiss (Docket No. 7), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that PCB's Motion is **DENIED**. PCB shall file an Answer to the Complaint no later than April 15, 2021.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.