IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KLEVINA K. DAITI, <br><br> Plaintiff, <br><br> v. <br><br> PENN COMMUNITY BANK, <br><br> Defendant. | CIVIL ACTION <br><br> No.: 2:20-cv-01483-JP |

## STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between all parties in this lawsuit, through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule of Civil Procedure 41.1(b), that all claims asserted in the lawsuit against Defendants by Plaintiff are **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees to any party. Please dismiss the Complaint and this lawsuit in their entirety, with prejudice.

Counsel for Plaintiff:

Weinstein Law Firm, LLC
By: Mark E. Weinstein, Esq.

Pentima Law Firm, PLLC
By: Vincent J. Pentina, Esq.

So Ordered:

    /s/ John R. Padova

HON. JOHN R. PADOVA,
United States District Court Judge

Dated: August 18, 2021

Counsel for Defendant:

Genova Burns LLC
By: James Bucci, Esq.

Dated: 8/16/21